GARDEN REALTY CORPORATION, respondent,

*v.*

MARY E. M. HADLEY, appellant.

[Submitted February 12th, 1932.   Decided May 16th, 1932.]

476

*Mr. M. Lester Lynch,* for the appellant.

*Mr. Matthew J. Tackella,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.